IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SUSAN J. KOEHLER,** *EXECUTRIX OF THE,* : <br> *ESTATE OF PHILIP J. KOEHLER, JR.,* : <br> *DECEASED, INDIVIDUALLY AND ON BEHALF* : <br> *OF A CLASS OF SIMILARLY SITUATED PERSONS,* : <br> : <br> *Plaintiff,* : <br> v. : <br> : <br> **USAA CASUALTY INSURANCE COMPANY,** : <br> : <br> *Defendant.* : | **CIVIL ACTION** <br><br> No. 19-715 |

**ORDER**

**AND NOW**, this 16th day of September, 2019, upon consideration of Plaintiff's "Motion for Partial Summary Judgment" (Doc. No. 17), Defendant's "Motion to Strike Plaintiff's Motion for Partial Summary Judgment or, Alternatively, to Stay Consideration of Plaintiff's Motion Pending Ruling on Class Certification" (Doc. No. 19), Defendant's "Motion to Schedule Telephonic Status Conference" (Doc. No. 22), and the respective responses and replies to these Motions, and for the reasons set forth in this Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that:

- Defendant's "Motion to Strike Plaintiff's Motion for Partial Summary Judgment or, Alternatively, to Stay Consideration of Plaintiff's Motion Pending Ruling on Class Certification" (Doc. No. 19) is **GRANTED.**

- Plaintiff's "Motion for Partial Summary Judgment" (Doc. No. 17) is **DENIED WITHOUT PREJUDICE** pending a decision on class certification.

- A Rule 16 Conference in this matter will be scheduled by separate notice. The parties may submit a revised proposed discovery plan **no later than three (3) business days before the to-be-scheduled conference.**

- Defendant's "Motion to Schedule Telephonic Status Conference" (Doc. No. 22) is **DENIED AS MOOT**, as a Rule 16 Conference will be scheduled in this matter. Any issues regarding the matters set out in the Motion may be raised during the Rule 16 Conference.

BY THE COURT:

*/s/ Mitchell S. Goldberg*

**MITCHELL S. GOLDBERG, J.**