IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN J. KOEHLER, *EXECUTRIX OF THE*, ESTATE OF PHILIP J. KOEHLER, JR., DECEASED, INDIVIDUALLY AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS, :<br><br>*Plaintiff,*<br>v.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>*Defendant.* | CIVIL ACTION<br><br>No. 19-715 |

## ORDER

**AND NOW**, this 25th day of October 2019, following a preliminary pretrial conference, it is **ORDERED** that:

1. The parties shall complete the deposition of Defendant's 30(b)(6) representative **on or before December 23, 2019**; and

2. Within **ten (10) days** after said deposition, the parties shall submit a joint status letter indicating whether they prefer a referral to a Magistrate Judge for settlement purposes or if a conference call is warranted to discuss instituting a scheduling order.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*

**MITCHELL S. GOLDBERG, J.**