# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SUSAN J. KOEHLER,** *EXECUTRIX OF THE,* *ESTATE OF PHILIP J. KOEHLER, JR.,* *DECEASED, INDIVIDUALLY AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS,* <br><br> *Plaintiff,* <br> v. <br><br> **USAA CASUALTY INSURANCE COMPANY,** <br><br> *Defendant*. | **CIVIL ACTION** <br><br> No. 19-715 |

## ORDER

**AND NOW**, this 23rd day of January 2020, upon consideration of the parties' letter informing the Court of their intent to privately mediate the putative class claims, it is hereby **ORDERED** that a telephone status conference is scheduled for **April 2, 2020 at 2:00 p.m.** Counsel for Plaintiff shall initiate the conference call and contact Chambers at 267-299-7500 when all counsel are connected.

                                                          BY THE COURT:

                                                          */s/ Mitchell S. Goldberg*
                                                          **MITCHELL S. GOLDBERG, J.**